UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WELLS FARGO CLEARING SERVICES, LLC                                       PETITIONER

V.                                           CIVIL ACTION NO. 3:24-CV-373-KHJ-MTP

HOWARD GRAHAM                                                              RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today, Federal Rule of Civil Procedure 58, and 9 U.S.C. § 13, the Court enters this Final Judgment for Petitioner Wells Fargo Clearing Services, LLC. The Court confirms the $733,930.90 arbitral award against Respondent Howard Graham. FINRA Award [1-2]. The Court awards $30,737.43 in post-award, prejudgment interest. And the Court awards post-judgment interest at a rate of 4.15% per annum under 28 U.S.C. § 1961. This case is closed.

SO ORDERED AND ADJUDGED, this 4th day of February, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE